UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICARDO RAFAEL TORRES TORRES,

    Plaintiff,

v.

CONNIE NOLAN, *et al.*,

    Defendants.

Case No. C23-757 BJR

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 26th day of May, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1